On appellant's petition for reconsideration filed June 17, reconsideration allowed; former opinion (235 Or App 646, 234 P3d 1030) modified; former disposition withdrawn; supplemental judgment vacated and remanded; otherwise affirmed July 28, 2010

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## RRL KENT PHILLIPS,
*Defendant-Appellant.*

Multnomah County Circuit Court
070241586; A136876

236 P3d 789

Peter Gartlan, Chief Defender, and Elizabeth Corbridge Ranweiler, Deputy Public Defender, Office of Public Defense Services, for petition.

Before Sercombe, Presiding Judge, and Brewer, Chief Judge, and Deits, Senior Judge.

PER CURIAM

## PER CURIAM

Defendant has filed a petition for reconsideration of our opinion in *State v. Phillips*, 235 Or App 646, 234 P3d 1030 (2010). He argues that we made an error in the procedural disposition of the appeal when we "remanded for resentencing" because that procedural disposition is broader than our decision to vacate the supplemental judgment on the restitution portion of defendant's sentence. *See id.* at 657. Defendant argues that the correct procedural disposition is to remand for a new restitution hearing. The state did not respond to defendant's petition. In order to clarify our intended procedural disposition, we grant the petition for reconsideration and, accordingly, modify our former opinion as follows.

In our former opinion, we stated, "For the reasons that follow, we vacate the supplemental judgment awarding restitution of $2,728.88 and remand for resentencing." *Id.* at 648. We modify that sentence to omit the phrase "for resentencing." In addition, we withdraw the procedural disposition from our former opinion and substitute a new procedural disposition to provide as follows: "Supplemental judgment vacated and remanded; otherwise affirmed."

Reconsideration allowed; former opinion modified; former disposition withdrawn; supplemental judgment vacated and remanded; otherwise affirmed.